# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| DeShawn Williams <br> *Plaintiff* <br> v. <br> South Carolina Department of Corrections, et al <br> *Defendant* | Civil Action No. 4:12-cv-2183-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date: September 20, 2012

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*